USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

          - against -

ERAN HIYA,

                    Defendant.

**24 Cr. 282 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On May 14, 2024, Magistrate Judge Figueredo scheduled a conference in this matter before the undersigned for May 31, 2024 but did not specify a time. (See Dkt. No. 5.) **The conference is hereby scheduled for May 31, 2024 at 2:00 PM.**

If the parties will be requesting an alternative date and/or time for the conference, the parties are directed to make such request by letter motion.

**SO ORDERED.**

Dated:    15 May 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.