USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

ERAN HIYA,

                Defendant.

---

**24 Cr. 282 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Counsel for Defendant requests that the conference currently scheduled in this matter for May 31, 2024 be adjourned. (See Dkt. No. 16.) The Government does not object. (See id.) The conference is hereby **ADJOURNED** to June 14, 2024 at 9:30 AM.

    Upon the motion of the Government, no objection from Defendant, it is hereby **ORDERED** that time until June 14, 2024 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

**SO ORDERED.**

Dated:    29 May 2024, New York, N.Y.

                                                    Victor Marrero
                                                    U.S.D.J.