```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        - against -

ERAN HIYA,

                Defendant.

**24 Cr. 282 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Government is hereby **ORDERED** to file a response to Defendant's Rule 41(g) motion (see Dkt. No. 19) on or before July 17, 2024. Defendant's reply, if any, shall be filed on or before July 24, 2024.

**SO ORDERED.**

Dated:    8 July 2024
              New York, New York

                                          Victor Marrero
                                          U.S.D.J.