```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        - against -

ERAN HIYA,

                Defendant.

**24 Cr. 282 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Clerk of Court is hereby respectfully **ORDERED** to assign the motion pending in this matter at Docket No. 19 to a Magistrate Judge for a Report and Recommendation. See Fed. R. Crim. P. 59(b)(1).

**SO ORDERED.**

Dated:    14 August 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.