USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA

               - against -

ERAN HIYA,

                    Defendant.
```

**24 Cr. 282 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Counsel for the Government, with the consent of counsel for Defendant, requests that the status conference currently scheduled for August 16, 2024 be adjourned to September. The conference is hereby **ADJOURNED** to September 27, 2024 at 2:00 PM.

Counsel for the Government moves for the exclusion of time under the Speedy Trial Act until September 27, 2024. The Government advises that the defendant consents to such exclusion of time. The Government represents that an exclusion will allow the parties time to communicate regarding discovery and the defense time to review any additional discovery and to consider whether to file additional pretrial motions. It is hereby **ORDERED** that time until September 27, 2024 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best

interests of the Defendant and the public in a speedy trial.

This order of exclusion of time is made pursuant to 18 U.S.C.

§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:     15 August 2024
           New York, New York

Victor Marrero
U.S.D.J.

2