UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                                                 24-CR-0282 (VM)

              -against-                                                                             **ORDER**

ERAN HIYA,

                                  Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are ORDERED to appear for a conference on Wednesday, September 4, 2024, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      The purpose of the conference is to discuss when the government reasonably believes it can return to the Defendant his four iPhones and MacBook (the "Devices") and whether the Court should hold an evidentiary hearing if this matter cannot be resolved on consent.

**SO ORDERED.**

                                                                           _____
                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:       August 28, 2024
                    New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2024