```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against -

ERAN HIYA
                      Defendant.

**24 Cr. 282 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Counsel for the Government, with the consent of counsel for Defendant, requests that the status conference currently scheduled for September 27, 2024 be adjourned. The conference is hereby adjourned to November 8, 2024, at 11:00 AM.

    Counsel for the Government advises that the interests of the public and Defendants in a speedy trial are outweighed by the interests in the production and review of discovery, defense consideration concerning whether to file pretrial motions, and potential discussions of a pretrial resolution. It is hereby ordered that time until November 8, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public in a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3616(h)(7)(B)(i) & (iv).

**SO ORDERED.**

2

Dated:    25 September 2024
          New York, New York

_____
Victor Marrero
U.S.D.J.