UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ERAN HIYA,

Defendant.

------------------------------------------------------------X

24-CR-0282 (VM)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On December 6, 2024, the Honorable Victor Marrero referred this matter to me for a report and recommendation regarding the question of whether Fourth Amendment constitutional restrictions applied to the Malaysian officials' arrest of Defendant. ECF No. 37. The parties are ORDERED to meet and confer to discuss the issue and whether an evidentiary hearing is warranted. The parties are further ORDERED to file a joint letter by December 17, 2024, advising the Court of their positions on holding an evidentiary hearing.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   December 10, 2024
         New York, New York