```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    - against -

ERAN HIYA,

      Defendant.

**24 Cr. 282 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

  It is hereby **ORDERED** that the status conference currently scheduled for January 3, 2025, at 3:00 PM, is adjourned to January 31, 2025, at 2:00 PM.

  It is hereby ordered that time until January 31, 2025, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public in a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) & (iv). Defendant has informed the Court that he consents to the exclusion.

1

**SO ORDERED.**

Dated:     20 December 2024
           New York, New York

_____
           Victor Marrero
           U.S.D.J.