**SHER TREMONTE LLP**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2024
```

December 30, 2024

**BY ECF**

The Honorable Sarah Netburn
Chief United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Eran Hiya*, 24 Cr. 282 (VM)(SN)

Dear Chief Judge Netburn,

    We represent Eran Hiya. We write, with the consent of the government, to request a brief adjournment of today's deadline for our response to the government's letter, filed on December 23, 2024 regarding the need for an evidentiary hearing (ECF No. 42). The government informed us today that it plans to produce additional discovery relevant to these issues, likely by tomorrow. In order for us to assess whether the new discovery affects Mr. Hiya's request for a hearing, we respectfully request an adjournment to Friday, January 3, 2025 to respond to the government's letter. As noted, the government consents to this request.

Respectfully submitted,

---

The request is GRANTED. Defendant shall file his response letter by January 3, 2025. The Clerk of Court is respectfully requested to terminate the gavel at ECF No. 43.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: December 30, 2024
      New York, New York