UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                              24-CR-0282 (VM)

        -against-                           **ORDER**

ERAN HIYA,

                Defendant.

-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Defendant filed a response to the United States of America's supplemental brief on January 3, 2025, and filed eight exhibits under seal. ECF No. 45. Defendant is ORDERED to a formal letter motion to seal these documents. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). The Court will decide the motion to seal alongside its decision on whether an evidentiary hearing is warranted.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:       January 13, 2025
                  New York, New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 1/13/2025*