UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

24-CR-0282 (VM)

-against-

ORDER

ERAN HIYA,

Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The motion to seal is temporarily GRANTED. The Court will revisit this when the motion is decided.

**SO ORDERED.**

*Signature*
SARAH NETBURN
United States Magistrate Judge

DATED:    February 10, 2025
          New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2025