```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                    24-CR-0282 (VM)

            -against-                                <u>ORDER</u>

ERAN HIYA,

                                  Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       By February 19, 2025, the United States of America is directed to search and produce communications between FBI representatives Eugene Wu and Jagdeep Singh Khangura and Malaysian law enforcement. In the alternative, the United States of America shall file a letter, not to exceed three pages, explaining why Defendant is not legally entitled to these communications under <u>United States v. Getto</u>, 729 F.3d 221, 230 (2d Cir. 2013), or other relevant authority. If a letter is filed, Defendant may file a responsive letter, not to exceed three pages, by February 26, 2025.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:    February 12, 2025
                New York, New York