```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

               - against -

ERAN HIYA,

               Defendant.

**24 Crim. 282 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the Government's letter jointly proposing, on behalf of the parties, a briefing and argument schedule for defense motions. (Dkt. No. 57.) The proposed briefing schedule is hereby adopted:

     Defense motions shall be filed by April 24, 2025

     Government response shall be filed by June 9, 2025

     Defense reply shall be filed by June 30, 2025

The Court hereby schedules oral argument and a final pretrial conference for August 22, 2025, at 11:00 AM.

Counsel for the Government, with the consent of counsel for Defendant, requests that time until the date of oral argument be excluded from speedy trial calculations. It is hereby ordered that time until August 22, 2025, shall be excluded from speedy trial act calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this

exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A).

**SO ORDERED.**

Dated:    12 March 2025
          New York, New York

                      _____
                            Victor Marrero
                              U.S.D.J.