USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           - against -

ERAN HIYA,

                 Defendant.

**24 Cr. 282 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The Court hereby grants the requested adjournment of the deadlines for Defendant Eran Hiya to file Rule 12 motions. (See Dkt. No. 64.) Initial motions shall be due June 5, 2025; response shall be due July 21, 2025; reply shall be due August 11, 2025.

    The final pretrial conference/oral argument remains scheduled for September 26, 2025.

    In addition, counsel for the Government, with the consent of counsel for Defendant, requests that time until the date of oral argument be excluded from speedy trial calculations. (See Dkt. No. 59.) It is hereby ordered that time until September 26, 2025, shall be excluded from speedy trial act calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy

2

trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A).

**SO ORDERED.**

Dated:   9 May 2025
         New York, New York

_____
                       Victor Marrero
                         U.S.D.J.