USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

– against –

ERAN HIYA,

          Defendant.

---

24 Cr. 282 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendant Eran Hiya ("Hiya") has moved for release on conditions pending trial pursuant to 18 U.S.C. § 3142(a)(2). (See Dkt. No. 67). Hiya submitted this motion in both this action and in his separate extradition proceeding pending before Magistrate Judge Willis. (See Dkt. No. 39, United States v. Eran Hiya, No. 24 MJ 1971 (S.D.N.Y. May 20, 2025).)

For clarity, the Court refers this motion to Magistrate Judge Willis, who also made the initial bail determination in this action. (See Minute Entry, 06/14/2024.)

**SO ORDERED.**

Dated:    29 May 2025
            New York, New York

                                            _____
                                                Victor Marrero
                                                  U.S.D.J.