**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
:
:
IN THE MATTER OF THE                    :           ORDER
EXTRADITION OF ERAN HIYA                :
                                         :           24-MJ-1971 (JW)
:
:
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,               :
:
:
   - against -                           :
                                         :           24-CR-282 (VM)
:
ERAN HIYA,                               :
:
          Defendant.                     :
-----------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

On May 20, 2025, Eran Hiya filed a letter requesting he be released on conditions pending trial pursuant to 18 U.S.C. § 3142(a)(2) in <u>United States v. Eran Hiya</u>, (24-CR-282), and that he be released on the same conditions due to "special circumstances" in the related extradition proceeding <u>In the Matter of Extradition of Eran Hiya</u>, (24-MJ-1971). On May 29, 2025, Judge Marrero referred the request for a bail in <u>United States v. Eran Hiya</u>, (24-CR-282) to this Court. Thus, this Court will hold an in-person bail application hearing for both matters. The Parties are ordered to meet and confer and file a joint letter to this Court **by June 6, 2025**. The Joint letter shall include three mutually agreed upon dates that the Parties are available

to attend the bail hearing. The proposed dates shall fall within the date range of

**June 23, 2025, to July 11, 2025**.

    SO ORDERED.

DATED:   New York, New York
            May 30, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge