UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN THE MATTER OF THE
EXTRADITION OF ERAN HIYA

ORDER

24-MJ-1971 (JW)

-----------------------------------------------------------X

UNITED STATES OF AMERICA,

- against -

24-CR-282 (VM)

ERAN HIYA,

                  Defendant.
-----------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

On June 23, 2025, this Court held a bail application hearing in the above-captioned matters. During the hearing, this Court granted Hiya's request to submit additional briefing. The Government's letter is due **today by 11:59 PM**. Hiya's letter is **due by 11:59 PM on June 25, 2025**. The Parties are ordered to appear for an in-person bail ruling on **June 27, 2025, at 10:00 AM in Courtroom 228**, Thurgood Marshall Courthouse 40 Foley Square, New York, NY.

    SO ORDERED.

DATED:    New York, New York
              June 24, 2025

                                                *Jennifer E. Willis*
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge