

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 21, 2025

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____7/23/2025__
```

Re:    *United States v. Eran Hiya*, 24 Cr. 282 (VM)

Dear Judge Marrero:

The Government respectfully writes, with the consent of the defense, to seek a short adjournment of the briefing schedule on the defendant's motions, in light of the fact that undersigned counsel is presently representing the Government at trial before the Honorable Jed S. Rakoff. The parties propose that the Government's response be filed on or before August 1, 2025, and the defendant's reply, if any, be filed on or before August 22, 2025. This will not require an adjournment of the presently scheduled oral argument date of September 26, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: __/s/ *James Mandilk*_____
    James Mandilk
    Assistant United States Attorney
    Tel: (212) 637-2453

```
SO ORDERED.

7/23/2025
_____
DATE          VICTOR MARRERO, U.S.D.J.
```

cc: Counsel for Eran Hiya (by ECF and email)