```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            - against -

ERAN HIYA,

                 Defendant.

24 Cr. 282 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The proceeding scheduled for September 26, 2025, will be limited to a status conference. The Court will not hear argument on Defendants' pending Rule 12 motions at that proceeding but may schedule oral argument at a later date if it determines that such argument would be helpful to the Court.

**SO ORDERED.**

Dated:    13 August 2025
            New York, New York

                                                                         _____
                                                                          Victor Marrero
                                                                            U.S.D.J.