```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

   - against -

ERAN HIYA,

      Defendant.

**24 CR 282 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

 In light of the change-of-plea proceeding in the above-captioned matter, the status conference scheduled for November 21, 2025, is hereby canceled. The Court schedules sentencing for February 6, 2026, at 11:00 AM.

**SO ORDERED.**

Dated: 7 November 2025
    New York, New York

_____
Victor Marrero
U.S.D.J.

1