# SHER TREMONTE LLP

January 20, 2026

**BY ECF**

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

      **Re:**    ***United States v. Eran Hiya***, 24 Cr. 282 (JAV)

Dear Judge Vargas:

      We represent Eran Hiya.  We write on behalf of our client to respectfully request that the Court permit the filing of objections to the Presentence Report ("PSR") after the 14-day deadline set forth in Rule 32(f)(1).  Because of a new procedure in disclosing the draft PSR, the undersigned overlooked that the draft had been sent to the parties by email on December 30, 2025.  U.S. Probation Officer Taylor Smarra advised counsel on Friday, January 16, 2026, that the draft had been previously served.  Officer Smarra also advised that the Probation Department is no longer able to grant requests for extensions of time to file PSR objections, as had been common practice in this District, and that such requests must now be directed to the Court.  Accordingly, we respectfully request that the Court permit the filing of the attached objections to the PSR today, which is one week after the deadline.  We appreciate the Court's consideration.

              Respectfully submitted,

              /s/*Noam Biale*
              Noam Biale
              Wes Erdelack
              SHER TREMONTE LLP

**SO ORDERED:**

              Justine A. Harris
              HARRIS TRZASKOMA LLP

The Honorable Jeannette A. Vargas
United States District Judge
Dated: January 20, 2026

              *Attorneys for Eran Hiya*

cc:  U.S. Probation Officer Taylor Smarra (by email)