UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

           :

UNITED STATES OF AMERICA,           :

           :

           :

           :        24-CR-00282 (JAV)

     -v-           :

           :        <u>ORDER</u>

ERAN HIYA,           :

           :

        Defendant.        :

           :

-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

For the reasons stated at the hearing held on January 16, 2026, Defendant's Motion for Release from Custody, ECF No. 91, is DENIED.

The Clerk of Court is directed to terminate ECF No. 91.

SO ORDERED.

Dated: January 22, 2026
      New York, New York          _____

                                        JEANNETTE A. VARGAS
                                        United States District Judge