# SHER TREMONTE LLP

January 23, 2026

**VIA ECF**

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, NY 10007



Re:    *United States of America v. Eran Hiya*, No. 24-cr-282 (JAV)

Dear Judge Vargas:

We represent Eran Hiya in the above-referenced case.  We are writing to request a brief extension of time to file Mr. Hiya's sentencing submission, which is currently due today.  The purpose of the extension is to see if we can agree with the government to narrow the issues for the Court's decision at sentencing in light of certain statements in the final Presentence Report ("PSR") which we received only today.  We reached out to the government this morning to discuss this, and they consent to our request for a weeklong adjournment of Mr. Hiya's sentencing submission.

The final PSR recommends a substantial upward variance in both the sentence of imprisonment and fine, based on allegations concerning Mr. Hiya's criminal history and the pending charges in Israel, not the instant offense or any relevant conduct.  Mr. Hiya objected to the inclusion of these allegations in his objections to the draft PSR.  *See* ECF No. 98-1.  Probation and the government responded to the majority of Mr. Hiya's objections about including unsupported allegations against him by stating that there is no need to amend the PSR since the PSR specifies that the allegations are merely *allegations*.  Yet the PSR then relies on these allegations to recommend a sentence nearly four times the top of the Sentencing Guidelines range and the maximum allowable fine: $250,000, when the Guidelines recommend a fine between $2,000 and $20,000.

If the Court intends to rely on the allegations that drive the Probation Department's recommended sentence, a *Fatico* hearing will be necessary to resolve factual disputes related to many of them and determine whether the information proffered by the government is reliable.  *See United States v. Juwa*, 508 F.3d 694, 700 (2d Cir. 2007) (district court must ensure that the evidence considered at sentencing is reliable to protect the defendant's right to due process).  We are uncertain whether the government will in fact rely on such information or request a sentence in excess of the stipulated 0-6 month Guidelines range.  We are hopeful, however, that the parties may be able to confer

Hon. Jeannette A. Vargas
January 23, 2026
Page 2 of 2

and work collaboratively to narrow the disputed issues, which could obviate the need for a *Fatico* hearing. We accordingly respectfully request a brief adjournment—until Friday, January 30   to confer with the government and incorporate whatever outstanding issues need to be addressed into Mr. Hiya's sentencing submission. We are not seeking an adjournment of sentencing.

We appreciate the Court's consideration.

Respectfully submitted,

**SO ORDERED:**

/s/ *Noam Biale*
Noam Biale
Wes Erdelack
Krista Staropoli
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
nbiale@shertremonte.com

The Honorable Jeannette A. Vargas
United States District Judge
Dated: January 23, 2026

Justine A. Harris
HARRIS TRZASKOMA LLP
125 Broad St., 10th Fl.
New York, NY 10004
(212) 970-6465
jharris@harristrz.com

*Counsel for Eran Hiya*