UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

ERIN HIYA,

Defendant.

---------------------------------------------------------------------X

24-CR-0282 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

In light of the dismissal of the appeal filed by Defendant Erin Hiya regarding his sentence, ECF No. 118, the Government is hereby ORDERED to inform the Court within three (3) days whether it maintains its objection to Defendant's motion for the return of property (at ECF No. 109).

SO ORDERED.

Dated: November 4, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge